# Sheehan & Associates, P.C.

505 Northern Blvd Ste 311   tel. 516.303.0552   fax 516.234.7800
Great Neck NY 11021-5101   spencer@spencersheehan.com

January 9, 2020

District Judge John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                                        Re:   1:19-cv-09362-JGK
                                                    Pinkston v. Whole Foods Market Group, Inc.

Dear District Judge Koeltl:

       This office represents the plaintiff. In accordance with your Honor's Individual Practices ("Individual Rules"), plaintiff, jointly and with consent of defendant, requests an adjournment of the Initial Conference scheduled for Monday, January 13, 2020. There have been no previous requests for adjournment or extension of the conference date. No prior request was granted or denied. Defendant consents to and joins plaintiff in the present request. The reason for this request is because defendant only recently assigned outside counsel, who executed and returned a waiver of service on Thursday, January 2, 2020. The parties request an adjournment of at least forty-five (45) days so that opposing counsel can evaluate the case and discuss it with the undersigned in advance of the date by which defendant's answer or response to the complaint is due, Monday, March 2, 2020. Thank you.

                                                           Respectfully submitted,

                                                           /s/Spencer Sheehan
                                                           Spencer Sheehan

*[Handwritten:]* Adjourned to Tuesday, March 3, 2020, at 4:30PM

So Ordered.

*/s/ John G. Koeltl*
USDJ

1/13/20

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-13-2020

Certificate of Service

I certify that on January 9, 2020, I served or emailed the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel, Brian R. Blackman, bblackman@blaxterlaw.com | ☐ | ☐ | ☒ |

/s/ Spencer Sheehan
Spencer Sheehan