**Sheehan & Associates, P.C.**　　505 Northern Blvd Ste 311, Great Neck NY 11021-5101
　　　　　　　　　　　　　　　　　tel. 516.303.0552　　fax 516.234.7800
　　　　　　　　　　　　　　　　　spencer@spencersheehan.com

February 26, 2020

District Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/2020

　　　　　　　　　　　　　Re:　1:19-cv-09362-LJL
　　　　　　　　　　　　　　　　Pinkston v. Whole Foods Market Group, Inc.

Dear District Judge Liman:

　　This office, with co-counsel Michael Reese, Reese LLP, represents the plaintiff. In accordance with your Honor's Individual Practices, plaintiff and defendant request an extension of sixty (60) days for defendant to file an answer or respond to the complaint.

　　The original date by which defendant is required to answer or respond is Monday, March 2, 2020. There have been no previous requests for an extension of this date. No previous request was granted or denied. Defendant consents to and joins plaintiff in the present request.

　　The reason for the request is to provide the parties additional time to consider how to proceed, such as a motion to dismiss or answer by defendant, an amended complaint by plaintiff or a resolution of the issues based on good faith discussions. This request is submitted at least 48 hours prior to the original compliance date.

　　This request affects the conference date of Tuesday, March 31, 2020 and the submission of the Case Management Plan and Scheduling Order a week prior to that date. Plaintiff and defendant request an adjournment of the conference and accompanying submission.

　　The original date of the conference was January 13, 2020. There has been one previous request for an extension of this date. This previous request was granted. Defendant consents to and joins plaintiff in the present request. The parties propose that the conference be adjourned to Friday, May 1, 2020 with the accompanying submission made one week prior to this date. Thank you.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/Spencer Sheehan
　　　　　　　　　　　　　　　　　　　Spencer Sheehan

Application to extend deadlines is GRANTED. Defendant shall answer or respond within sixty (60) days of this order. The Initial Pretrial Conference is ADJOURNED to May 1, 2020 at 4:30 p.m. The Case Management Plan and Scheduling Order shall be submitted one week prior.

Date: 2/26/2020

　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　LEWIS J. LIMAN
　　　　　　　　　　　United States District Judge

# Certificate of Service

I certify that on February 26, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☒ | ☐ |
| Plaintiff's Counsel | ☐ | ☐ | ☒ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan