**Blaxter | Blackman LLP**

Brian R. Blackman
bblackman@blaxterlaw.com
Direct: 415.500.7705

601 California Street, Suite 1505
San Francisco, CA 94108

www.blaxterlaw.com

April 23, 2020

**VIA ECF**

District Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Pinkston v. Whole Foods Market Group, Inc*,
               Case No. 1:19-cv-09362-LJL

Dear Judge Liman:

Pursuant to the Court's Initial Scheduling Order dated February 10, 2020 (ECF No. 9), defendant Whole Foods Market Group, Inc. hereby states its intent to file a motion to dismiss under Fed. R. Civ. P. 12 in response to plaintiff Omar Pinkston's Complaint.

Very truly yours,

*/s/ Brian R. Blackman*
Brian Blackman for
Blaxter | Blackman

cc:    Spencer Sheehan (via ECF)
        Michael Reese (via ECF)
        David Adams (via ECF)