Sheehan & Associates, P.C.            505 Northern Blvd Ste 311, Great Neck NY 11021-5101
spencer@spencersheehan.com            tel. 516.303.0552      fax 516.234.7800

April 30, 2020

District Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

                         Re:    1:19-cv-09362-LJL
                                 Pinkston v. Whole Foods Market Group, Inc.

Dear District Judge Liman:

       This office represents the plaintiff. On Thursday, April 23, 2020, defendant filed a letter stating its intention to file a motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6). In accordance with Fed. R. Civ. P. 15(a)(1)(B) and Section 3(B) of your Honor's Individual Practices in Civil Cases ("Individual Rules"), plaintiff will amend the complaint by Thursday, May 14, 2020. *Solis v. McAleenan*, No. 19-cv-5383 (S.D.N.Y. Dec. 5, 2019) ("Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course."). Thank you.

                                                              Respectfully submitted,

                                                              /s/Spencer Sheehan
                                                              Spencer Sheehan

## Certificate of Service

I certify that on April 30, 2020, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan