```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
OMAR PINKSTON,                                                    :
                                                                  :
                              Plaintiff,                          :
                                                                  :         19-cv-9362 (LJL)
           -v-                                                    :
                                                                  :         ORDER
WHOLE FOODS MARKET GROUP, INC.,                                   :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As discussed at the Initial Pretrial Conference today, the following is HEREBY ORDERED:

      Defendant's motion to dismiss must be filed within 14 days of the filing of the amended complaint. Plaintiff's response is due 14 days later. Defendant's reply is due one week thereafter.

      Until the motion to dismiss is resolved, all discovery is STAYED except for the following. Service of initial disclosures shall be made by May 15, 2020. Service of interrogatories pursuant to Rule 33.3(a) of the Local Rules of the Southern District of New York may be served at any time during the stay. Until the stay is lifted, the deadline for responding to those interrogatories is 60 days after they are served.

      SO ORDERED.

Dated: May 1, 2020                              _____
       New York, New York                            LEWIS J. LIMAN
                                                       United States District Judge