**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OMAR PINKSTON, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>   -against-<br><br><br>WHOLE FOODS MARKET GROUP, INC.,<br><br><br><br>              Defendant. | Case No.: 1:19-cv-09362-LJL<br><br><br>ORAL ARGUMENT REQUESTED |

**NOTICE OF DEFENDANT'S**
**MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Brian R. Blackman (admitted *pro hac vice*)
bblackman@blaxterlaw.com
David P. Adams (admitted *pro hac vice*)
dadams@blaxterlaw.com
BLAXTER | BLACKMAN LLP
601 California Street, Suite 1505
San Francisco, CA 94108
Tel: (415) 500-7700

*Attorneys for Defendant Whole Foods*
*Market Group, Inc.*

PLEASE TAKE NOTICE that Defendant Whole Foods Market Group, Inc. ("WFM Group"), by its undersigned counsel, hereby moves before the Honorable Lewis J. Liman, United States District Judge, Southern District of New York, at a date and time to be determined by the Court, in Courtroom 15C of the United States District Courthouse, located at 500 Pearl Street, New York, New York 10007, for an order dismissing Plaintiffs' Second Amended Complaint ("SAC"), with prejudice pursuant to Federal Rules of Civil Procedure Rule 9(b) and 12(b)(6).

PLEASE TAKE FURTHER NOTICE that in support of this motion, the undersigned counsel will rely upon the accompanying Memorandum of Law, all pleadings and papers on file in this action, and upon such further testimony, evidence and argument as the Court may allow. Defendant specifically requests oral argument.

Dated: September 25, 2020            Respectfully submitted,

         ***/s/David P. Adams***
         Brian R. Blackman (admitted *pro hac vice*)
         David P. Adams (admitted *pro hac vice*)
         Blaxter | Blackman LLP
         601 California Street, Suite 1505
         San Francisco, California 94108
         Telephone: (415) 500-7700
         Email: bblackman@blaxterlaw.com
                dadams@blaxterlaw.com

         *Attorney for Defendant Whole Foods*
         *Market Group, Inc*